IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                                                  CRIMINAL NO. 3:16CR51-HTW-FKB

TERESA K. MALONE                                                                DEFENDANT

NOTICEOF INTENT TO CHANGE PLEA

NOTICE is hereby given by Defendant, Teresa K. Malone, that she intends on changing her previously entered plea of NOT GUILTY to GUILTY, and would show the following:

1. That Defendant has been offered a plea agreement by the United States Attorney's Office;

2. That Defendant intends to accept the plea agreement offered by United States Attorney's Office;

3. That in accepting the plea agreement, Defendant intends on changing her previously entered plea of NOT GUILTY to a plea of GUILTY;

4. That counsel for Defendant is out of the State until the end of this week; that co-counsel is out of the country until August;

5. Additionally, Defendant is still undergoing treatments for her illness until mid-August; and

6. Therefore, Defendant would like to schedule her plea in mid-September, at which time counsel for Defendant will be available and Defendant's medical treatments should be complete.

RESPECTFULLY SUBMITTED, this the 17th day of July, 2017.

        TERESA K. MALONE, Defendant

BY:  /s/ James R. Franks, Jr.
    JAMES R. FRANKS, JR, 100156

Prepared By:

James R. Franks, Jr., MSB#100156
William R. Wheeler, MSB#10848
WHEELER & FRANKS LAW FIRM, P.C.
114 South Broadway Street
Post Office Box 681
Tupelo, Mississippi 38802
Telephone: (662) 842-0380
Facsimile:  (662) 842-7491

## CERTIFICATE OF SERVICE

I, James R. Franks, Jr., do hereby certify that I have this day filed via MEC the foregoing

*Notice of Intent to Change Plea* which has sent a copy via email to:

Darren J. LaMarca, Esq.
Office of the U.S. Attorney
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201-5025

This the 17th day of July, 2017.

    /s/James R. Franks, Jr.
    JAMES R. FRANKS, JR.