IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                                                     CRIMINAL NO. 3:16CR51-HTW-FKB

TERESA K. MALONE                                                                               DEFENDANT

ORDER OF CONTINUANCE

This cause comes before the Court on the Defendant's motion (25) seeking continuance of the plea date currently scheduled for September 15, 2017. That due to unforeseen circumstance related to a family medical situation, undersigned counsel will be unavailable on said date. Counsel for the Government does not oppose this continuance. The Court finds that the ends of justice will be served by granting the subject continuance.

It is therefore ORDERED that the above and foregoing plea date is hereby continued to a date to be determined wherein all parties are available.

This the  14th   day of September, 2017.

 s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE